United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILLIAM TREADAWAY, | No. C 11-2640 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| M D. BITER, warden, | |
| Respondent. / | |

    Petitioner requests that counsel be appointed to represent him in this action. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See id.* The interests of justice do not require appointment of counsel in this action. The request for appointment of counsel is DENIED. (Docket # 10.)

    In light of the possibility that petitioner was waiting for a ruling on the motion for appointment of counsel before filing his opposition to respondent's motion to dismiss, the court

will set new deadlines on that motion. Petitioner must file and serve his opposition to the motion to dismiss on or before **January 20, 2012**. Respondent must file and serve any reply brief on or before **February 6, 2012**.

      IT IS SO ORDERED.

DATED: December 16, 2011

                                              SUSAN ILLSTON
                                          United States District Judge