UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILLIAM TREADAWAY, | No. C 11-2640 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M. D. BITER, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the habeas statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 19, 2012

_____
SUSAN ILLSTON
United States District Judge