UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC WILLIAM TREADAWAY,   No. C 11-2640 SI (pr)

    Petitioner,   **JUDGMENT**

  v.

M. D. BITER, warden,

    Respondent.
                                  /

The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the habeas statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 19, 2012   _____
                                                   SUSAN ILLSTON
                                           United States District Judge

**United States District Court**
For the Northern District of California